UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM H. BUSH,<br>of the State of California,<br><br>Plaintiff | ) | |
| v. | ) | Case No. ________________ |
| YACHTING SOLUTIONS, LLC,<br>of the State of Maine,<br><br>Defendant | ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff William H. Bush, through his undersigned counsel, complains against Defendant Yachting Solutions, LLC as follows:

1. Plaintiff William H. Bush is a resident of the State of California.

2. Defendant Yachting Solutions, LLC is a Maine limited liability company with a principal place of business in Rockport, Maine.

**JURISDICTION**

3. This Court has jurisdiction of this matter pursuant to Title 28 § 1332(a)(2), as the matter in controversy exceeds the sum of $75,000 and the controversy is between a citizen of this State and a citizen of a foreign state.

**GENERAL ALLEGATIONS**

4. On or about May 20, 2021, Plaintiff William H. Bush entered into a contract, styled as a "Purchase Agreement" with Defendant Yachting Solutions, LLC for the purchase of a 26 DC Coronado vessel. (A true and correct copy of the Purchase Agreement is attached as Exhibit A.)

5. The purchase price of the vessel was $257,212.26 payable in three (3) installments of $85,737.40, 1/3 due on execution of the Purchase Agreement, 1/3 due on 6/1/2021 and 1/3 due on delivery.

6. Mr. Bush caused to be wired to Yachting Solutions, LLC the first two installments totaling $171,474.80.

7. The Purchase Agreement provides that the "Estimated Delivery Date" is July 1, 2021.

8. On July 1, 2021, Mr. Bush advised Yachting Solutions, LLC's agent, Robert Chace, that he was ready to accept delivery of the vessel and was in Maine to do so.

9. Yachting Solutions, LLC failed to deliver the vessel on July 1, 2021.

10. In a text message sent to Mr. Bush on July 10, 2021, Mr. Chace admitted failure of delivery: "Lawyers got involved with rental agreement and delayed what should have been a very simple matter."

11. In a text message sent to Mr. Bush on July 20, 2021, Mr. Chace admitted that Yachting Solutions, LLC would be unable to perform and make delivery and proposed a "comparable" vessel: "Developing story, we will have a seaworthy comparable boat for you. Our 26 DC guy flaked."

12. This was followed by subsequent texts in which Mr. Chace proposed the purchase of a substitute vessel. Mr. Bush texted Mr. Chace that this was "not happening" and requested reimbursement of the monies advanced.

13. On August 20, 2021, Mr. Chace sent a text message to Mr. Bush which read: "Hi Billy working on unwinding deal with manufacturer."

14. On September 10, 2021, Mr. Chace sent Mr. Bush a text message which read: "working on getting 100% refund by selling your build [sic], I'll have more info over the weekend or Monday. This is path of least resistance."

15. The Purchase Agreement provides in paragraph 9: "If Seller is unable to deliver the vessel as set forth herein, Seller shall refund al [sic] deposit monies paid by Purchaser."

16. Mr. Bush has not been refunded his deposit monies of $171,474.80.

17. Yachting Solutions, LLC has stopped responding to Mr. Bush's inquiries.

**COUNT I**
**BREACH OF CONTRACT**

18. Plaintiff repeats and reasserts each and every allegation of paragraphs 1 through 17 as if fully set forth herein.

19. Defendant has breached the Purchase Agreement by failing to deliver the vessel and in its failure to refund the deposit monies.

20. As a direct and proximate result of the breach of the Purchase Agreement, Plaintiff has been harmed — specifically by Defendant's failure to refund in full the deposit totaling $171,474.80.

WHEREFORE, Plaintiff prays for damages according to proof, for an award of his attorney fees incurred in this action, for his costs of suit incurred herein and for such other and further relief as the Court deems appropriate in the circumstances.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Dated: January 18, 2022

/s/ Lee H. Bals
Lee H. Bals, Bar No. 3412
Attorney for Plaintiff William H. Bush
MARCUS|CLEGG
16 Middle Street, Unit 501
Portland, ME 04101
(207) 828-8000